**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7178**

———————

MICHAEL T. WATKINS,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; GEORGE ALLEN, Governor; ALEXANDER L. TAYLOR, JR.; RICHARD E. TRODDEN; STEPHEN W. HAYNIE; ARLINGTON COUNTY, VIRGINIA; MICHAEL FORTUNE, Lieutenant; JOHN SARAFINAS, Police Officer; LEONARD HURD, Police Officer; ARLINGTON COUNTY DETENTION CENTER; D. F. WARE, Deputy Sheriff; K. C. LANE, Deputy Sheriff; TERI OSWALD; MICHAEL PINSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-97-432-3)

———————

Submitted: December 11, 1997     Decided: December 31, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael T. Watkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Watkins v. Commonwealth of Virginia, No. CA-97-432-3 (E.D. Va. Aug. 11, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED